DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 143P14 | PBK Holdings, LLC v. County of Rockingham | 1. Plt's NOA Based Upon a Constitutional Question (COA13-865)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
|---|---|---|---|
| 144P14 | State v. Scott Jay Stough | Def's PDR Under N.C.G.S. § 7A-31 (COA13-762) | Denied |
| 148P14 | Frankie Delano Washington and Frankie Delano Washington, Jr. v. Tracey Cline, Anthony Smith, William Bell, John Peter, Andre T. Caldwell, Moses Irving, Anthony Marsh, Edward Sarvis, Beverly Council, Steven Chalmers, Patrick Baker, the City of Durham, NC, and the State of North Carolina | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA13-224-2)<br><br>2. Plts' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 158P06-5 | State v. Derrick D. Boger | Def's *Pro Se* Motion to Alter or Amend the Judgment | Dismissed |
| 161P14 | State v. Buddy Ray Russell | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1308) | Denied |
| 162P14 | Mary B. Bentley, Employee v. Revlon, Inc., Employer and CNA Insurance Company, Carrier<br><br>Mary B. Bentley, Employee v. Revlon, Inc., Employer and ESIS Insurance Company, Carrier | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-932) | Denied<br><br><br><br><br>**Hunter, J., recused** |